UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE UNDER THE INDENTURE RELATING TO IMH ASSETS CORP., COLLATERALIZED ASSET-BACKED BONDS, SERIES 2007-A<br><br>Plaintiff/Respondent<br><br>    v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and LAKELAND REGIONAL MTG CORP.<br><br>Cross Defendants/Respondents<br><br>    v.<br><br>ERIC KESSOUS,<br><br>Defendant, | Case No.:  6:15-cv-343-Or-28KRS |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.)    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

Bank of America, N.A.
Deutsche Bank National Trust
Eric Kessous
Ronit Kessous
McCalla Raymer, LLC.
Albert R. Cook, P.A.

Pembrooke Homeowners Association, Inc.

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

N/A

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

Bank of America, N.A.
Deutsche Bank National Trust
Eric Kessous

4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Eric Kessous
Ronit Kessous

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: **May 8, 2015**

/s/ Peter J. Kapsales
Peter J. Kapsales, Esq.
Fla. Bar No.: 91176
McCalla Raymer, LLC
Attorney for Plaintiff/Respondent
225 E. Robinson St. Suite 660
Orlando, FL 32801
Phone: (407) 674-1850
Fax: (321) 248-0420
Email: MRService@mccallaraymer.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been served by first-class United States mail, postage prepaid, and by CM/ECF upon the following persons and entities at the following addresses:

Albert R. Cook, Esq.
1211 State Road 436
Suite 127
Casselberry, FL 32707
arcpa@mpinet.net

Eric Kessous
2611 Tilton Ct.
Orlando, Florida 32835

Ronit Kessous
882 Placid Lake Drive
Osprey, FL 34229

Unknown Spouse of Eric Kessous
2611 Tilton Court
Orlando, FL 32835-6153

Bank of America, National Association
16686 S.W. 88th Street
Miami, FL 33196

Peter J. Kapsales, Esq.
McCalla Raymer, LLC
225 E. Robinson St. Suite 660
Orlando, FL 32801
Email: MRservice@mcallaraymer.com

/s/ Peter J. Kapsales
Peter J. Kapsales, Esq.
Fla. Bar No.: 91176
McCalla Raymer, LLC
Attorney for Plaintiff/Respondent
225 E. Robinson St. Suite 660
Orlando, FL 32801
Phone: (407) 674-1850
Fax: (321) 248-0420
Email: MRService@mccallaraymer.com