**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE UNDER THE INDENTURE RELATING TO IMH ASSETS CORP., COLLATERALIZED ASSET-BACKED BONDS, SERIES 2007-A<br><br>Plaintiff/Respondent<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and LAKELAND REGIONAL MTG CORP.<br><br>Cross Defendants/Respondents<br><br>v.<br><br>ERIC KESSOUS,<br><br>Defendant, | Case No.: 6:15-cv-343-Or-28KRS |

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), I certify that the instant action:

\_\_√\_\_ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:
   Deutsche Bank National Trust Co. v. Kessous, 2009-CA-021456-O, Circuit Court Orange County, Florida_____
   _____
   _____

\_\_\_\_\_ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

| | |
|---|---|
| Dated: **May 20, 2015** | /s/ Peter J. Kapsales |
| | Peter J. Kapsales, Esq., Fla. Bar No.: 91176 |
| | McCalla Raymer, LLC., |
| | Attorney for Plaintiff/Respondent |
| | 225 E. Robinson St. Suite 660 |
| | Orlando, FL 32801 |
| | Phone: (407) 674-1850  Fax: (321) 248-0420 |
| | Email: MRService@mccallaraymer.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served by first-class United States mail, postage prepaid, and by CM/ECF upon the following persons and entities at the following addresses:

Albert R. Cook, Esq.
1211 State Road 436
Suite 127
Casselberry, FL 32707
arcpa@mpinet.net

Eric Kessous
2611 Tilton Ct.
Orlando, Florida 32835

Ronit Kessous
882 Placid Lake Drive
Osprey, FL 34229

Unknown Spouse of Eric Kessous
2611 Tilton Court
Orlando, FL 32835-6153

| | |
|---|---|
| Bank of America, National Association | |
| 16686 S.W. 88th Street | |
| Miami, FL 33196 | /s/ Peter J. Kapsales |
| | Peter J. Kapsales., Esq., Fla. Bar No.: 91176 |
| | McCalla Raymer, LLC |
| | Attorney for Plaintiff/Respondent |
| | 225 E. Robinson St. Suite 660 |
| | Orlando, FL 32801 |
| | Phone: (407) 674-1850  Fax: (321) 248-0420 |
| | Email: MRService@mccallaraymer.com |